

# Missouri Court of Appeals
## Southern District

**MAY 14, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD32852

     Re:    JOHN W. JAMES, JR.,
              Appellant,
              vs.
              STATE OF MISSOURI,
              Respondent.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD32690

     Re:    STATE OF MISSOURI,
              Respondent,
              vs.
              MELISSA YOUNGBLOOD,
              Appellant.